# RICHARD B. LIND

ATTORNEY AT LAW
575 LEXINGTON AVENUE
4TH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725
E-MAIL: rlind@lindlawyer.com
WEBSITE: www.richardlindlawyer.com



February 20, 2020

**By ECF**

Hon. George B. Daniels
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: FEB 21 2020

Re: United States v. Willie Evans, et al.
S3 20 Cr. 57 (GBD)

Dear Judge Daniels:       February       10:45

On February 18, 2020, I was appointed CJA counsel for Defendant Shamare Reid in the above-referenced matter. We were informed by Magistrate Judge Barbara Moses at Mr. Reid's presentment, that this Court had scheduled a conference in this matter for all defendants on Wednesday, ~~December~~ 26, 2020 at ~~10:30~~ a.m. Unfortunately, I have a conference before Judge Kenneth M. Karas in *United States v. Sargeant, et al.*, 19 Cr. 666 (KMK), which has been scheduled for exactly the same date and time. Accordingly, I spoke to William Stampur, who represents Defendant Tyrone Ervin in the *Evans* case before Your Honor; and Mr. Stampur has agreed to stand in for me for the conference. I also spoke to my client Mr. Reid today at the MCC; he has agreed to permit Mr. Stampur to stand in for me on this one occasion.

I would appreciate it if the Court grants this application.

Respectfully submitted,

Richard B. Lind

cc: All Counsel (by ECF)