Richard B. Lind
Attorney At Law
575 Lexington Avenue – 4th Floor
New York, NY 10022
Telephone: (212) 888-7725   Email: rlind@lindlawyer.com

April 13, 2020

**VIA ECF**

Hon. George B. Daniels
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED:

*George B. Daniels* (signature)

George B. Daniels, U.S.D.J.

Dated: APR 1 4 2020

    Re:    United States v. Shamare Reid
              20 Cr. 57 (GBD)

Dear Judge Daniels:

I am the CJA attorney for Shamare Reid, a defendant in the above-referenced matter. On April 10, 2020, I erroneously filed with this Court by ECF a letter-application that was addressed to a different Judge in this District. *See United States v. Goodman et al.*, 20 Cr. 57 (GBD), Doc. # 124. I humbly apologize to the Court for my error and request permission from Your Honor to withdraw that letter-application.

Thank you for the Court's consideration of this application.

Respectfully submitted,

/s/

Richard B. Lind