**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

SHAMARE REID,

                        Defendant.

------------------------------------- x

ORDER

20 Crim. 57-16 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 7 2021

GEORGE B. DANIELS, United States District Judge:

A status conference is scheduled for August 11, 2021 at 11:00 a.m.

Dated: New York, New York
      July ___, 2021
      JUL 2 7 2021

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge