**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

SHAMARE REID,

                  Defendant.

------------------------------------ x

ORDER

20 Crim. 57-16 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 14 2022

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for February 23, 2022 at 10:15 a.m.

Dated: New York, New York
       February 14, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge