UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

SHAMARE REID,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Crim. 57-16 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The Clerk of the Court is directed to close the open motion at ECF No. 376 (motion to sever defendant and other requests) as MOOT following Defendant's guilty plea on February 23, 2022.

Dated: New York, New York
       February 23, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge